# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    -Plaintiff,
        -against-

Carol Pelage
        -Defendant.

CV No. 05-cv-03293
Hon. Sandra J Feuerstein

## FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    NOV 3    2005    ★

P.M. _____
TIME A.M. _____

## NOTICE OF DISMISSAL

Notice is hereby given that the above entitled action is dismissed, without prejudice

pursuant to Rule 41 (A)(1)(1) of the Federal Rules of Civil Procedure.

Dated: Smithtown, New York
    October 26, 2005

X_____

    Liberatore J. Iannarone
    Mullen & Iannarone, P.C.
    Attorneys for Plaintiff
    300 East Main Street
    Smithtown, New York  11787

    Tel. No.  (631)361-7050
    Fax No.  (631)361-7354

*So Ordered;*
*HON. S.J. Feuerstein*
*10/27/05.*